ZIBIAH DANYELL BOLTON
6A LOBIE BOLTON RD
BEAUMONT, MS 39423

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

SHERON HINTON
6 LOBIE BOLTON RD
BEAUMONT, MS 39423

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CREDIT COLLECTION SERV
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

SOUTHEAST AUTO
12100 US 49
GULFPORT, MS 39503

21ST MORTGAGE CORP
ATTN: BANKRUPTCY
620 MARKET STREET
KNOXVILLE, TN 37902

EXETER FINANCE LLC
ATTN: BANKRUPTCY
PO BOX 166008
IRVING, TX 75016

SUMMIT FINANCIAL
1900 HARDY ST
HATTIESBURG, MS 39401

AARON'S
6110 US 98
HATTIESBURG, MS 39402

GLOBAL LENDING SERVI
ATTN: BANKRUPTCY
PO BOX 10437
GREENVILLE, SC 29603

TUITIONOPTS
PO BOX 387
MARLTON, NJ 08053

ADVANCE AMERICA
4600 HARDY ST
STE 6
HATTIESBURG, MS 39402

HOLMES MOTORS
10651 BONEY AVE
DIBERVILLE, MS 39540

WFC
ATTN: BANKRUPTCY DEPT
P.O.BOX 6429
GREENVILLE, SC 29606

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

KIA MOTORS FINANCE
ATTN: BANKRUPTCY
PO BOX 20825
FOUNTAIN VALLEY, CA 92728

CENTURYFST
3318 HARDY STREET
HATTIESBURG, MS 39401

LEND NATION
1301 HARDY ST
HATTIESBURG, MS 39401

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

NELNET
PO BOX 82561
LINCOLN, NE 68501

COMMUNITY CHOICE
2902 HARDY ST
STE 100
HATTIESBURG, MS 39401

NELNET
P.O. BOX 82561
LINCOLN, NE 68501