Certificate Number: 17082-MSS-DE-040807888

Bankruptcy Case Number: 26-50515



17082-MSS-DE-040807888

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 1, 2026, at 11:16 o'clock PM MST, ZIBIAH D BOLTON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  April 2, 2026                    By:     /s/Orsolya K Lazar

                                        Name:  Orsolya K Lazar

                                        Title:   Executive Director