**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**

In re: Zibiah Danyell Bolton          **CHAPTER 13**
     Debtor                      **CASE NO. 26-50515-KMS**

## OBJECTION TO CHAPTER 13 PLAN CONFIRMATION

**COMES NOW**, Global Lending Services LLC ("Objector"), a secured creditor herein, and objects to confirmation of the Chapter 13 Plan on the following grounds:

1.     Objector holds a claim against the Debtor and co-debtor, Sheron Hinton, which is secured by a 2023 KIA K5 , VIN: 5XXG14J28PG186155 ("Property").

2.     The amount owed on the Property is approximately $25,663.01 plus interest.

3.     Debtor's Chapter 13 Plan proposes to value the Property at $25,630.00 with an interest rate of 8.5%.

4.     Sheron Hinton is a non-bankrupt co-debtor on the Note with Debtor.

5.     The total amount owed on the Property which should be paid to Objector is approximately $25,630.00 at the contract rate of 21%, and Objector should retain its lien on the Property until the total amount owed to Objector is paid in full.

**WHEREFORE, PREMISES CONSIDERED,** Objector files its Objection to Chapter 13 Plan Confirmation and prays that it be paid approximately $25,630.00 at the contract rate of 21%, that Objector should retain its lien on the Property until the total amount owed to Objector is paid in full, and for such other and more general relief as is just.

Respectfully submitted,

**BENNETT LOTTERHOS SULSER**
**& WILSON, P.A.**

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

David Rawlings at ecfnotices@rawlings13.net

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

Zibiah Danyell Bolton
6A Lobie Bolton Rd
Beaumont, MS  39423

/s/ Charles Frank Fair Barbour