**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**

In re: Zibiah Danyell Bolton                                                    **CHAPTER 13**
     Debtor                                                    **CASE NO. 26-50515-KMS**

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local

Rules, Global Lending Services, a party to a contested matter Miss. Bankr. L.R. 9014(c) makes

the following disclosures:

The following entities owning, directly or indirectly, 10% or more of any class of the

corporation's equity interests are listed below:

     1.     Assured Investment Management, LLC (fka Blue Mountain Capital

     Management, LLC).

     Respectfully submitted,

     **BENNETT LOTTERHOS SULSER**
     **& WILSON, P.A.**

     /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:    (601) 944-0466
Facsimile:    (601) 944-0467
cbarbour@blswlaw.com