

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13 PROCEEDING:
  ZIBIAH DANYELL BOLTON                                    26-50515 KMS
  6A Lobie Bolton Rd
  Beaumont, MS  39423                                      SSN:  XXX-XX-7093

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

        SELECTION HEALTHCARE
        attn: Payroll Dept
        606 ADELINE STREET
        HATTIESBURG, MS  39401

was required to pay debtor's earnings or a portion thereof to:

        DAVID RAWLINGS, TRUSTEE
        LOCK P.O. BOX 871
        HATTIESBURG, MS  39403
        (601) 582-5011


IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net