# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50515     **Case Name:** Zibiah Danyell Bolton

**Set:** 06/16/2026 01:30 pm   **Chapter:** 13   **Type:** bk     **Judge** Katharine M. Samson

**matter**   Confirmation Hearing

Objection to Confirmation filed by Global Lending Services LLC (Dkt. #15) - AGREED ORDER ENTERED 5/6/26

---

Minute Entry Re: (related document(s): [8] Confirmation Hearing) An Agreed Order has been entered on the Objection filed by Global Lending Services LLC (Dkt. #15) on 5/6/26. Confirmation hearing removed. (mcc)