UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Zibiah  Bolton                                    CHAPTER: 13
6 Lobie Bolton RD                                 CASE NUMBER: 26-50515
Beaumont, MS 39423                                CLAIM AMOUNT: $2691.73

Debtors.

_____

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, T Mobile/T-Mobile USA INC by Jefferson Capital Systems LLC Assignee , o

T-MOBILE USA INC, and pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 5/27/2026, in the amount of $2691.73.

T Mobile/T-Mobile USA INC by Jefferson Capital Systems LLC Assignee , on behalf of

T-MOBILE USA INC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 29th day of May, 2026.

T Mobile/T-Mobile USA INC by Jefferson Capital Sys

By: /s/ Paige Riggs_____
Paige Riggs   Bankruptcy Specialist

T Mobile/T-Mobile USA INC by Jefferson Capital Sys
Assignee for T-MOBILE USA INC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

|  |  |
|---|---|
| Debtor: | Zibiah  Bolton<br>6 Lobie Bolton RD<br>Beaumont, MS 39423 |
| Debtor's Attorney: | Thomas Carl  Rollins Jr<br>PO BOX 13767<br>Jackson, MS 39236 |
| Chapter 13 Trustee: | David  Rawlings<br>PO Box 566<br>Hattiesburg, MS 39403-0566 |

by submitting electronically with the court.

This 29th day of May, 2026.

T Mobile/T-Mobile USA INC by Jefferson Capital Sys

By: /s/ Paige Riggs
Paige Riggs   Bankruptcy Specialist

Jefferson Capital Systems, LLC
Assignee for T Mobile/T-Mobile USA INC by Jefferso
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314