United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 26-50515-KMS

Zibiah Danyell Bolton                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2026 | Form ID: n031 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zibiah Danyell Bolton, 6A Lobie Bolton Rd, Beaumont, MS 39423-2432 |
| 5645203 | | Aaron's, 6110 US 98, Hattiesburg, MS 39402 |
| 5645208 | + | Community Choice, 2902 Hardy St, Ste 100, Hattiesburg, MS 39401-7031 |
| 5645213 | + | Holmes Motors, 10651 Boney Ave, Diberville, MS 39540-4875 |
| 5645214 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 5645218 | + | Sheron Hinton, 6 Lobie Bolton Rd, Beaumont, MS 39423-2432 |
| 5645219 | + | Southeast Auto, 12100 US 49, Gulfport, MS 39503-3063 |
| 5645220 | + | Summit Financial, 1900 Hardy St, Hattiesburg, MS 39401-4984 |
| 5661162 | + | Summit Financial Services, Corp, 105 S 16th Ave, Suite C, Laurel, MS 39440-4170 |
| 5677873 | + | T-MOBILE USA INC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5645221 | + | Tuitionopts, Po Box 387, Marlton, NJ 08053-0387 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5645202 | | Email/Text: ebn@21stmortgage.com | May 28 2026 19:41:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5645204 | + | Email/Text: bnc@teampurpose.com | May 28 2026 19:41:00 | Advance America, 4600 Hardy St, Ste 6, Hattiesburg, MS 39402-1349 |
| 5646032 | + | Email/Text: bkinfo@ccfi.com | May 28 2026 19:41:00 | CCF of Mississippi, LLC, 2312 E Trinity Mills Rd, Ste 100, Carrollton, TX 75006-1955 |
| 5645206 | | Email/Text: bankruptcy@centuryfirstfcu.com | May 28 2026 19:41:00 | Centuryfst, 3318 Hardy Street, Hattiesburg, MS 39401 |
| 5663012 | | Email/Text: ebnnotifications@creditacceptance.com | May 28 2026 19:41:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5645205 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 28 2026 19:41:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5645207 | + | Email/Text: omx-bnc-bk-notices@chime.com | May 28 2026 19:41:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5646878 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 28 2026 19:41:00 | Conn's INC Serviced, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5645209 | + | Email/Text: ebnnotifications@creditacceptance.com | May 28 2026 19:41:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5645210 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 28 2026 19:41:00 | Credit Collection Serv, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5647828 | | Email/Text: exeter@ebn.phinsolutions.com | May 28 2026 19:41:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5645211 | | Email/Text: exeter@ebn.phinsolutions.com | | |

District/off: 0538-6      User: mssbad      Page 2 of 3

Date Rcvd: May 28, 2026      Form ID: n031      Total Noticed: 32

| Recip ID | | Notice Method | Time | Name and Address |
|---|---|---|---|---|
| | | | May 28 2026 19:41:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5652677 | | Email/Text: bankruptcy@glsllc.com | May 28 2026 19:41:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5645212 | + | Email/Text: bankruptcy@glsllc.com | May 28 2026 19:41:00 | Global Lending Servi, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603-0437 |
| 5677322 | ^ | MEBN | May 28 2026 19:39:53 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 5645216 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 28 2026 19:41:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5645215 | | Email/Text: bankruptcy@qcholdings.com | May 28 2026 19:41:00 | Lend Nation, 1301 Hardy St, Hattiesburg, MS 39401 |
| 5666882 | + | Email/Text: bncmail@w-legal.com | May 28 2026 19:41:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5661161 | + | Email/PDF: ebn_ais@aisinfo.com | May 28 2026 19:45:04 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5652883 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 28 2026 19:41:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, LINCOLN NE 68508-1911 |
| 5645222 | + | Email/Text: bk@worldacceptance.com | May 28 2026 19:41:00 | Wfc, Attn: Bankruptcy Dept, P.O.Box 6429, Greenville, SC 29606-6429 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Global Lending Services LLC |
| 5645217 | *+ | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Global Lending Services LLC cbarbour@blswlaw.com |
| David Rawlings | |

District/off: 0538-6                          User: mssbad                                    Page 3 of 3
Date Rcvd: May 28, 2026                    Form ID: n031                              Total Noticed: 32

ecfnotices@rawlings13.net  sduncan@rawlings13.net

Thomas Carl Rollins, Jr

on behalf of Debtor Zibiah Danyell Bolton trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  26−50515−KMS
**Chapter:**  13

**In re:**

Zibiah Danyell Bolton
6A Lobie Bolton Rd
Beaumont, MS 39423

Notice of Entry of Order Confirming Plan

The Court entered an Order on May 28, 2026 (Dkt. # 25 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 28, 2026

Danny L. Miller, Clerk of Court