_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:  ZIBIAH DANYELL BOLTON** | **CHAPTER 13** |
| | **BANKRUPTCY** |
| **DEBTOR** | **CASE NO. 26-50515-KMS** |

### ORDER WITHDRAWING TRUSTEE'S OBJECTION
### TO UNSECURED CLAIM

THIS MATTER CAME BEFORE THE COURT on Trustee's Objection to Unsecured Claim (DK#26).

The Court is being advised that the Objection to Unsecured Claim (DK#26) is now unnecessary due to creditor having withdrawn the claim and Objection should be withdrawn.

IT IS THEREFORE ORDERED that the Objection to Unsecured Claim (DK#26) should be, and hereby is, withdrawn.

**##END OF ORDER##**

SUBMITTED BY:

/s/ David Rawlings
DAVID RAWLINGS
CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG, MS 39403
(601)582-5011
ecfNotices@rawlings13.net