United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                        Case No. 26-50515-KMS

Zibiah Danyell Bolton                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                    Page 1 of 2
Date Rcvd: Jun 01, 2026                       Form ID: pdf012                                 Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

**Recip ID              Recipient Name and Address**
db               +  Zibiah Danyell Bolton, 6A Lobie Bolton Rd, Beaumont, MS 39423-2432
5677873          +  T-MOBILE USA INC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5661161 | + Email/PDF: ebn_ais@aisinfo.com | Jun 01 2026 20:24:14 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Global Lending Services LLC cbarbour@blswlaw.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |

District/off: 0538-6                          User: mssbad                                    Page 2 of 2
Date Rcvd: Jun 01, 2026                       Form ID: pdf012                               Total Noticed: 3

Thomas Carl Rollins, Jr
                         on behalf of Debtor Zibiah Danyell Bolton trollins@therollinsfirm.com
                         jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                         nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                         USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 5



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  ZIBIAH DANYELL BOLTON                          **CHAPTER 13**
                                                                                    **BANKRUPTCY**
                DEBTOR                                                     **CASE NO. 26-50515-KMS**

### ORDER WITHDRAWING TRUSTEE'S OBJECTION
### TO UNSECURED CLAIM

THIS MATTER CAME BEFORE THE COURT on Trustee's Objection to Unsecured Claim (DK#26).

The Court is being advised that the Objection to Unsecured Claim (DK#26) is now unnecessary due to creditor having withdrawn the claim and Objection should be withdrawn.

IT IS THEREFORE ORDERED that the Objection to Unsecured Claim (DK#26) should be, and hereby is, withdrawn.

**##END OF ORDER##**

SUBMITTED BY:

/s/ David Rawlings
DAVID RAWLINGS
CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG, MS 39403
(601)582-5011
ecfNotices@rawlings13.net