**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**Zibiah Danyell Bolton,**                                                                    **CHAPTER 13**
           **Debtor**                                                          **CASE NO.: 26-50515-KMS**

**DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY [Dkt.    ]**

This matter is before the Court on the motion of 21st Mortgage Corporation ("Movant")

for relief from the automatic stay of 11 U.S.C. § 362.  Movant represented to the Court that it

served the motion in accordance with all applicable rules.  No timely response was filed.

Accordingly, the motion is granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Movant is granted relief from

the automatic stay of 11 U.S.C. § 362 and that the property is abandoned to Movant pursuant to

11 U.S.C. § 554(b) of the Bankruptcy Code as to the following property:  2024 SNRG MOVE

ON UP VIN SOU018499ALAC manufactured home.

**##END OF ORDER##**

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com