**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
**Zibiah Danyell Bolton,**                                                          **CHAPTER 13**
      **Debtor**                                                          **CASE NO.: 26-50515-KMS**

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local

Rules, 21st Mortgage Corporation, a party to a contested matter Miss. Bankr. L.R. 9014(c)

makes the following disclosures:

The following entities owning, directly or indirectly, 10% or more of any class of the

corporation's equity interests are listed below:

CMH Services, Inc., Clayton Homes, Inc., Berkshire Hathaway, Inc.

a.      21st Mortgage Corporation is a wholly owned subsidiary of CMH Services, Inc.;
b.      CMH Services, Inc. is a wholly owned subsidiary of Clayton Homes, Inc.;
c.      Clayton Homes, Inc. is a wholly owned subsidiary of Berkshire Hathaway, Inc.

Respectfully submitted,

**BENNETT LOTTERHOS SULSER**
**& WILSON, P.A.**

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:    (601) 944-0466
Facsimile:    (601) 944-0467
cbarbour@blswlaw.com