**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Zibiah Danyell Bolton, Debtor**                    **Case No. 26-50515-KMS**
                                                                                        **CHAPTER 13**

**NOTICE**

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  July 22, 2026                    Signature:   /s/ Thomas C. Rollins, Jr.
                                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                                              Jennifer Ann Curry Calvillo (MSBN 104367)
                                                              The Rollins Law Firm, PLLC
                                                              P.O Box 13767
                                                              Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Zibiah Danyell Bolton, Debtor**            **Case No. 26-50515-KMS**
**CHAPTER 13**

## MOTION TO ALLOW PAYMENT ARREARAGE

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on her payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in September 2026.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ZIBIAH DANYELL BOLTON

CASE NO: 26-50515-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 7/22/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/22/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ZIBIAH DANYELL BOLTON

CASE NO: 26-50515-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/22/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/22/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-50515-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
WED JUL 22 9-2-48 PST 2026

EXCLUDE

(U)21ST MORTGAGE CORPORATION

EXCLUDE

(U)GLOBAL LENDING SERVICES LLC

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

(P)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

AARONS
6110 US 98
HATTIESBURG  MS 39402

ADVANCE AMERICA
4600 HARDY ST
STE 6
HATTIESBURG  MS 39402-1349

CCF OF MISSISSIPPI  LLC
2312 E TRINITY MILLS RD  STE 100
CARROLLTON  TX 75006-1955

(P)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO  IL 60604-2863

(P)CENTURYFIRST FEDERAL CREDIT UNION
3318 HARDY STREET
HATTIESBURG MS 39401-6962

CHIMEFINAL
ATTN BANKRUPTCY
PO BOX 417
SAN FRANCISCO  CA 94104-0417

COMMUNITY CHOICE
2902 HARDY ST
STE 100
HATTIESBURG  MS 39401-7031

CONNS INC SERVICED
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
ST CLOUD  MN 56302-7999

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD  MI 48034-8331

CREDIT COLLECTION SERV
ATTN BANKRUPTCY
725 CANTON ST
NORWOOD  MA 02062-2679

(P)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

EXCLUDE

(D)(P)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

GLOBAL LENDING SERVI
ATTN BANKRUPTCY
PO BOX 10437
GREENVILLE  SC 29603-0437

(P)GLOBAL LENDING SERVICES LLC
1200 BROOKFIELD BLVD STE 300
GREENVILLE SC 29607-6583

HOLMES MOTORS
10651 BONEY AVE
DIBERVILLE  MS 39540-4875

HYUNDAI CAPITAL AMERICA DBA KIA FINANCE AMER
PO BOX 20825
FOUNTAIN VALLEY  CA 92728-0825

KIA MOTORS FINANCE
ATTN BANKRUPTCY
PO BOX 20825
FOUNTAIN VALLEY  CA 92728-0825

EXCLUDE

(P)QCHI
PO BOX 14948
LENEXA KS 66285-4948

NELNET
PO BOX 82561
LINCOLN  NE 68501-2561

(D)NELNET
PO BOX 82561
LINCOLN  NE 68501-2561

SCOLOPAX  LLC
CO WEINSTEIN  RILEY  PS
749 GATEWAY  SUITE G-601
ABILENE  TX 79602-1196

SHERON HINTON
6 LOBIE BOLTON RD
BEAUMONT  MS 39423-2432

SOUTHEAST AUTO
12100 US 49
GULFPORT  MS 39503-3063

SUMMIT FINANCIAL
1900 HARDY ST
HATTIESBURG  MS 39401-4984

SUMMIT FINANCIAL SERVICES  CORP
105 S 16TH AVE  SUITE C
LAUREL  MS 39440-4170

T MOBILETMOBILE USA INC
BY AIS INFOSOURCE  LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

TMOBILE USA INC
JEFFERSON CAPITAL SYSTEMS  LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD  MN 56302-7999

TUITIONOPTS
PO BOX 387
MARLTON  NJ 08053-0387

US DEPARTMENT OF EDUCATION CO NELNET
121 SOUTH 13TH STREET
LINCOLN NE 68508-1911

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

WFC
ATTN BANKRUPTCY DEPT
POBOX 6429
GREENVILLE  SC 29606-6429

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

DEBTOR

ZIBIAH DANYELL BOLTON
6A LOBIE BOLTON RD
BEAUMONT  MS 39423-2432