**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     **Zibiah Danyell Bolton, Debtor**          **Case No. 26-50515-KMS**
                                                                      **CHAPTER 13**

### RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Creditor, 21st Mortgage

Corporation's Motion for Relief from the Automatic Stay, to Abandon Property Against the

Debtor and Other Relief (dk #34) as follows:

1. Debtor commenced this case on 03/30/2026 by filing a voluntary petition for relief under

   Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor filed a Motion to Allow Payment Arrearages which is pending.

3. Debtor can continue making the plan payments.

   WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or

alternative relief as may be just and proper.

                                        Respectfully submitted,

                          By:     /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                        Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on July 24, 2026, to:

By Electronic CM/ECF Notice:

David Rawlings

U.S. Trustee

Charles F. F. Barbour on behalf of Creditor 21st Mortgage Corporation


<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.