# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50515 **Case Name:** Zibiah Danyell Bolton

**Set:** 09/24/2026 10:30 am **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to 2024 SNRG manufactured home. ., Motion to Compel Abandonment . Filed by Creditor 21st Mortgage Corporation (Attachments: # 1 Exhibit A # 2 Proposed Order) (Dkt. #34)

Response filed by the Debtor (Dkt. #45)

---

Minute Entry Re: (related document(s): [34] Motion for Relief From Stay filed by 21st Mortgage Corporation) Barbour to submit an Agreed Order. Order due by 10/08/2026. Called in by Barbour. (mcc)