**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**Zibiah Danyell Bolton,**
**Debtor**

**CHAPTER 13**
**CASE NO.: 26-50515-KMS**

**AGREED ORDER MODIFYING THE AUTOMATIC STAY**
**AND OTHER RELIEF [DKT #34]**

**CAME BEFORE THIS COURT** on the motion of 21st Mortgage Corporation ("Movant") for relief from the automatic stay of 11 U.S.C. § 362 and for abandonment pursuant to 11 U.S.C. § 554(b) and for other relief, and the Court, based upon the agreement of the parties, does hereby find that the parties agree as follows:

1. Movant holds a valid claim against Debtor, which is secured by a 2024 SNRG MOVE ON UP VIN SOU018499ALAC manufactured home ("Property").

2. That should Debtor fail to comply with the provisions of this Agreed Order, good and sufficient cause will exist to lift, terminate and annul the automatic stay of 11 U.S.C. § 362, and for the Property to be abandoned.

3. Debtor filed a motion to allow payment of arrearage, and an Order settling the matter [Dkt. #52] was entered on August 31, 2026, which incorporates Debtor's plan arrearage and ongoing mortgage payments that to be amortized over the life of the Plan, with the plan payments increasing and to resume in September 2026.

4. This Order shall be binding upon Debtor, Debtor's successors and assigns.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the motion is granted as stated herein.

**IT IS FURTHER ORDERED** that Debtor is to resume Plan payments pursuant to the Order [Dkt. #52]. Should Debtor subsequently become sixty (60) days delinquent in payment, and upon ten (10) days written notice to Debtor and Debtor's attorney of such delinquency fails to cure such delinquency, the automatic stay of 11 U.S.C. § 362 of the Bankruptcy Code shall immediately lift, be vacated and annulled upon filing of a Notice of Termination of Stay and the Property shall be abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code. Should Debtor remain current in scheduled plan payments for a consecutive twenty-four (24) month period after the date of this Agreed Order, the strict compliance provision above shall be unenforceable.

**IT IS FURTHER ORDERED** that Movant is awarded attorney's fees of $450.00 and costs of $199.00, that the Chapter 13 Plan is hereby modified, with no further notice is required, to include these fees and costs in the total amount of $649.00 as a separate claim to be paid over the balance of the Plan period, with the wage order increased accordingly, if necessary.

**IT IS FURTHER ORDERED** that Debtor shall maintain required insurance on the Property with 21st Mortgage named as an additional insured or loss payee under the policy. Should Debtor subsequently not provide adequate proof of insurance, and upon ten (10) days written notice to Debtor and Debtor's attorney of such delinquency fails to cure such delinquency, the automatic stay of 11 U.S.C. § 362 of the Bankruptcy Code shall immediately lift, be vacated and annulled upon filing of a Notice of Termination of Stay and the Property shall be abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that this Agreed Order shall remain in full force and effect in the event of a conversion of this case to any other chapter under the Bankruptcy Code.

**IT IS FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(4) are waived and the Order shall be in full force and effect upon signature of this Court, and that entry of

this order shall constitute entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

**##END OF ORDER##**

Agreed and Approved:

/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Objector

/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor

/s/Samuel J. Duncan, Atty for
David Rawlings
Bankruptcy Trustee

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi 39130
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
cbarbour@blswlaw.com