United States Bankruptcy Court
Southern District of Mississippi

In re: Zibiah Danyell Bolton
Debtor

Case No. 26-50515-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 2
Date Rcvd: Sep 22, 2026 | Form ID: pdf012 | Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zibiah Danyell Bolton, 6A Lobie Bolton Rd, Beaumont, MS 39423-2432 |
| | + | Pery County Nursing Center, Attn Payroll Dept, Abby, P O Box 1620, 202 Bay Ave West, Richton, MS 39476-2941 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Global Lending Services LLC cbarbour@blswlaw.com |
| Charles F. F. Barbour | on behalf of Creditor 21st Mortgage Corporation cbarbour@blswlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Zibiah Danyell Bolton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

United States Trustee USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 22, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
ZIBIAH DANYELL BOLTON
6A Lobie Bolton Rd
Beaumont, MS 39423

BANKRUPTCY CASE NO.
26-50515 KMS

SSN: XXX-XX-7093

**AMENDED ORDER TO EMPLOYER TO DEDUCT FROM WAGES**

IT APPEARING to the Court that there is now pending a certain Chapter 13 proceeding in which the above named debtor subjected his earnings to the jurisdiction of the Court; the debtor's principal income is from wages, salary or commissions; and that the employer of the debtor is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the debtor [with the employer being directed to pay all or part of such income to the Trustee. 11 U.S.C. §1325(c)]

IT FURTHER APPEARING that it is requisite to effectuate the provisions of the debtor's plan; that the employer is directed to pay a portion of the debtor's earnings into the Court for distribution to creditors, and that such employer is:

PERRY COUNTY NURSING CENTER
ATTN: PAYROLL DEPT, ABBY
PO BOX 1620
202 BAY AVE WEST
RICHTON, MS 39476

IT IS ORDERED that until further notice of this Court, the above named employer is required to deduct from the debtor's earnings and pay over to :

DAVID RAWLINGS, TRUSTEE
P.O. BOX 85338
CHICAGO, IL 60689-5338

the sum of $2,376.15 MONTHLY to be submitted to the above Trustee monthly. Effective September, 2026.

IT IS FURTHER ORDERED that the employer shall hereafter cease to withhold from the wages of

said employee any sums that would prevent the payment of the above plan payment to the Trustee, except such sums as may be required to be withheld by State or Federal law for income taxes, FICA, employment security taxes, required state retirement, and social security contributions, insurance for medical, dental, and vision, and such sums as required by Court Order for alimony or child support unless such alimony or child support is provided for in the Chapter 13 Plan.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net