**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**Zibiah Danyell Bolton,** **CHAPTER 13**
**Debtor** **CASE NO.: 26-50515-KMS**

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO ABANDON PROPERTY AGAINST THE DEBTOR AND CO-DEBTOR AND OTHER RELIEF**

**COMES NOW**, Global Lending Services LLC ("Movant") a secured creditor herein, pursuant to 11 U.S.C. §§ 362, 554(b) and 1301 and moves for relief from the automatic stay, for abandonment and for other relief, and in support would show unto the Court the following:

1. Sheron Hinton ("Co-Debtor") is liable on the debt with Debtor.

2. Movant holds a claim against the Debtor and Co-Debtor, which is secured by a 2023 KIA K5 , VIN: 5XXG14J28PG186155 ("Property"). Copies of the contract and State of Mississippi Certificate of Title for a vehicle are attached hereto as Exhibits "A" and "B".

3. Movant has not been provided adequate protection with respect to its claim secured by the Property. Debtor is not current in payment.

4. Good and sufficient cause exists to lift, terminate and annul the automatic stay of 11 U.S.C. §§ 362 and 1301, and for the Property to be abandoned.

5. Movant requests that the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) be waived and that the order granting this Motion be effective immediately upon entry. Good cause exists for this waiver due to continued accrual of an increasing debt arrearage and ongoing violation of Movant's contractual rights.

**WHEREFORE**, Movant requests an order for relief from the automatic stay and to abandon property pursuant to 11 U.S.C. §§ 362, 1301 and 554, to terminate any other restraint against Movant exercising its rights as to its collateral and authorize Movant to take possession,

sell, lease, or otherwise dispose of the Property, and to waive the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3). Movant prays for such other and general relief as this Court may deem just.

Respectfully submitted,

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi 39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

David Rawlings at ecfnotices@rawlings13.net

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

Zibiah Danyell Bolton
6A Lobie Bolton Rd
Beaumont, MS 39423

Sheron Hinton
6A Lobie Bolton Rd
Beaumont, MS 39423

/s/ Charles Frank Fair Barbour