IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: ZIBIAH DANYELL BOLTON,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 26-50515-KMS

DAVID RAWLINGS, TRUSTEE

**TRUSTEE'S RESPONSE TO**
**MOTION FOR RELIEF**

COMES NOW, the Chapter 13 Trustee, David Rawlings, by and through his attorney, and files this Response to the Motion for Relief (Docket No. 59), and says that the vehicle that is the subject of this Motion [2023 Kia K5] is being paid in the Plan as a 910 vehicle; the Plan payments are current.

Respectfully submitted,

DAVID RAWLINGS, TRUSTEE

BY: */s/Samuel J. Duncan*
Samuel J. Duncan,
His Attorney

Samuel J. Duncan
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 6234

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have on this day forwarded a true and correct copy of the foregoing Response, via the Court's ecf filing system, to: the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; TC Rollins; and Charles Barbour.

So certified on this the 15th day of October, 2026.

*/s/Samuel J. Duncan*
Samuel J. Duncan