**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**Zibiah Danyell Bolton,** **CHAPTER 13**
**Debtor** **CASE NO.: 26-50515-KMS**

**AGREED ORDER MODIFYING THE AUTOMATIC STAY**
**AND OTHER RELIEF [DKT #59]**

**CAME BEFORE THIS COURT** on the motion of Global Lending Services LLC ("Movant") for relief from the automatic stay against debtor under 11 U.S.C. § 362, for abandonment pursuant to 11 U.S.C. § 554(b), for relief from the stay of action against non-bankrupt co-debtor under 11 U.S.C. § 1301 and for other relief, and the Court, based upon the agreement of the parties, does hereby find that the parties agree as follows:

1. Movant holds a valid claim against Debtor and Co-Debtor, which is secured by a 2023 KIA K5 , VIN: 5XXG14J28PG186155 ("Vehicle").

2. Upon information and belief, the Vehicle was involved in an accident, and Debtor did not have insurance coverage on the Vehicle.

3. Movant has not been provided adequate protection with respect to its claim secured by the Property.

4. That good and sufficient cause exists to lift, terminate and annul the automatic stay of 11 U.S.C. § 362 and § 1301, and for the Property to be abandoned.

5. On information and belief, Debtor intends to abandon its interests in the Property.

6. This Order shall be binding upon Debtor, and Debtor's successors and assigns.

7. Movant, Debtor and Trustee agree that good cause exists herein for the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(4) to be waived and that this Order should be effective immediately upon entry.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the motion is granted as stated herein, that the automatic stay of 11 U.S.C. §§ 362 and 1301 and any other restraint against Movant exercising its rights as to the Property is lifted, vacated, terminated and annulled as to Movant without further order of this Court and that the property is abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(4) are waived and the Order shall be in full force and effect upon signature of this Court, and that entry of this order shall constitute entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

**##END OF ORDER##**

Agreed and Approved by:

/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Movant

/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor

/s/Samuel J. Duncan, Atty for
David Rawlings
Bankruptcy Trustee

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi 39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com